JOHN W. BLOCK, JR., Respondent, v. DORIS K. BLOCK and Others, Defendants. FREDERICK W. HOTTENROTH, Intervenor, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the ground if the intervenor, appellant, has any rights by way of a lien for attorney's services on the fund in the hands of the comptroller, such rights are not affected by a judgment in the foreclosure action to which he was not a party. It

was unnecessary, therefore, that he be made a defendant in order to be able to assert his rights. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.